**Order entered June 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00683-CV

### IN RE EDRICK PHILLIPS, Relator

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. W04-58212-Y**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/ ELIZABETH LANG-MIERS
   JUSTICE